UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIRIACO PIOQUINTO ALONSO,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden,<br><br>Respondents. | Case No.:  26-CV-3484 JLS (BJW)<br><br>**ORDER REQUIRING BOND HEARING TRANSCRIPT** |

Presently before the Court is Petitioner Siriaco Pioquinto Alonso's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  After reviewing the briefing, the Court requires the transcript from the April 14, 2026, bond hearing. Respondents **SHALL SUBMIT** the bond hearing transcript by July 28, 2026.

   **IT IS SO ORDERED.**

Dated:  July 7, 2026

Hon. Janis L. Sammartino
United States District Judge

1

26-CV-3484 JLS (BJW)